No. 94–8283. AMERSON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–8284. HOLMES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–8285. GRIFFITHS v. UNITED STATES (two cases). C. A. 2d Cir. Certiorari denied.

No. 94–8286. WINTERS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–8287. WORTHAM v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–8291. SALVAS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–8292. RECTOR v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 94–8295. JAMES v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 94–8296. MARDER v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 94–8301. BROYLES v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 94–8302. BRADY v. UNITED STATES PAROLE COMMISSION. C. A. 3d Cir. Certiorari denied.

No. 94–8303. BROWN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–8305. MILEY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–8319. HUANG SHAO MING ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 94–8320. MCRAVEN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–8326. WILLIAMS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.